UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry White Eagle,

      Petitioner,

v.                                               Civil No. 13-921 (JNE/FLN)
                                               ORDER

State of Minnesota,

      Respondent.

In a Report and Recommendation dated April 29, 2013, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Petitioner's application for a writ of habeas corpus and application for leave to proceed *in forma pauperis* be denied, that this action be dismissed for lack of jurisdiction, and that a certificate of appealability should not issue. Petitioner did not object. Having conducted a de novo review of the record, the Court adopts the Report and Recommendation. The Court denies the motions that were received after the Report and Recommendation had issued. Therefore, IT IS ORDERED THAT:

1. Petitioner's application for a writ of habeas corpus [Docket No. 1] is DENIED.

2. Petitioner's application for leave to proceed *in forma pauperis* [Docket No. 2] is DENIED.

3. Petitioner's motion to appoint counsel [Docket No. 4] is DENIED.

4. Petitioner's motion for sign language interpreter [Docket No. 6] is DENIED.

5. This action is DISMISSED FOR LACK OF JURISDICTION.

6. The Court DENIES a certificate of appealability in this case.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 22, 2013

                                                                         s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge